1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIAM JAMES,

11              Plaintiff,                    No. CIV S-10-0664 MCE DAD P

12        vs.

13   COUNTY OF SACRAMENTO, et al.,

14              Defendants.                   ORDER

15   _____/

16              On October 4, 2011, the court ordered the United States Marshal to notify

17   defendant County of Sacramento of the commencement of this action and to request a waiver of

18   service of summons.  Recently, defense counsel informally notified the court that defendant

19   County of Sacramento has already returned a waiver of service.  Upon further review of the

20   court's docket, it is apparent that the court issued its service order in error.

21              Accordingly, IT IS HEREBY ORDERED that:

22              1.  The court's October 4, 2011 service order is vacated; and

23   /////

24   /////

25   /////

26   /////

1          2.  The Clerk of the Court is directed to forward a copy of this order to the United

2    States Marshal.

3    DATED: November 2, 2011.

4

5                                                    _____

6    DAD:9                                           DALE A. DROZD
     jame0664.vac                                    UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                          2