IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM JAMES,

      Plaintiff,                    No. CIV S-10-0664 MCE DAD P

    vs.

COUNTY OF SACRAMENTO, et al.,

      Defendants.           <u>ORDER</u>

_____/

        On October 4, 2011, the court ordered the United States Marshal to notify defendant County of Sacramento of the commencement of this action and to request a waiver of service of summons. Recently, defense counsel informally notified the court that defendant County of Sacramento has already returned a waiver of service. Upon further review of the court's docket, it is apparent that the court issued its service order in error.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The court's October 4, 2011 service order is vacated; and

/////

/////

/////

/////

1

2.  The Clerk of the Court is directed to forward a copy of this order to the United States Marshal.

DATED: November 2, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame0664.vac

2