IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM JAMES, | | |
|     Plaintiff, | No. 2:10-cv-00664 MCE DAD P | |
|   vs. | | |
| COUNTY OF SACRAMENTO, et al., | | |
|     Defendants. | ORDER | |

The parties have filed a stipulation and proposed order modifying the scheduling order filed on September 12, 2012 in this action. The parties intend to participate in voluntary mediation on March 25, 2013 and request that the deadline to file and serve dispositive motions therefore be extended to May 17, 2013. Good cause appearing, IT IS HEREBY ORDERED that:

    1. The parties' January 28, 2013 request to modify the court's scheduling order (Doc. No. 50) is granted;

    2. The court's scheduling order, filed on September 12, 2012, is modified as follows: The March 22, 2013 deadline to file and serve all pretrial motions, except motions to compel discovery, is vacated and the deadline to file and serve for all pretrial motions is reset for

/////

/////

1  May 17, 2013.  Motions shall be briefed in accordance with paragraph 7 of the court's order filed

2  August 3, 2011.

3  DATED: January 30, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

6  DAD:4
jame664.36sche