IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM JAMES, | | |
| | Plaintiff, | No. 2:10-cv-0664 MCE DAD P |
| vs. | | |
| COUNTY OF SACRAMENTO et al., | | |
| | Defendants. | ORDER |
| _____/ | | |

   Plaintiff, a former county jail proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  Pursuant to the scheduling order filed in this action, discovery is now closed in this action and the time for filing all pretrial motions has passed.

   In due course, the court will issue a further scheduling order setting dates for pretrial statements, pretrial conference, and jury trial.  However, before issuing the scheduling order, the court will set a mandatory settlement conference in this case.  Pursuant to Local Rule 270(b), the parties will be directed to inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to be referred to the court's mediation program.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days of the date of this order, each party shall inform the court in writing as to whether they wish to proceed with the settlement conference before the undersigned magistrate judge or if they wish to wish to be referred to the court's mediation program.  If the parties wish to proceed before the undersigned magistrate judge, each party shall return to the court the consent form for settlement conferences provided with this order.  If the parties do not wish the undersigned magistrate judge to preside at the settlement conference, each party shall file a declaration stating he wishes to be referred to the court's mediation program; and

2. The Clerk of the Court is directed to send each party the consent form for settlement conferences.

DATED: September 16, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jame0664.sc

2